

**HARVIS WRIGHT & FETT**

305 Broadway, 14ᵗʰ Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

June 17, 2014

**BY ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *S. Johnson v. City of New York, et al.*, 13 CV 9038 (RMB)

Your Honor:

      I represent plaintiff in the above-referenced action. I write to respectfully advise the Court that the parties have reached a settlement agreement in this matter. We will forward the executed stipulation of settlement forthwith.

      I thank the Court for its attention to this matter.

              Respectfully submitted,

              Baree N. Fett

cc:    Omar Siddiqi, Esq., Attorney for defendants
       David Green, Esq., Mediator (by email)
       Mediation Office, (by email)